UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. S1-4:09CR00012RWS |
| ) | |
| RYAN GATELY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the motion for additional time[1] filed by Defendant Ryan Gately [Doc. #199]. For good cause shown, Defendant Gately shall have until **Wednesday, May 27, 2009 at 4:00 p.m.**, to file any motions or waiver of motions related to wire taps and pen registers. The government shall have until **June 1, 2009** to respond. The evidentiary hearing related to electronic evidence shall remain as scheduled on **June 2, 2009 at 11:00 a.m.**

Dated this 21st day of May, 2009.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant requested an extension until Wednesday, May 28, 2009, but Wednesday is actually May 27, 2009.